1  STEVEN M. HAROWITZ (Bar No. 71117)
   KATHERINE Y. WANG (Bar No. 215663)
2  HAROWITZ & TIGERMAN, LLP
   450 Sansome St., 3rd Floor
3  San Francisco, CA 94111
   Telephone (415) 788-1588
4  Facsimile (415) 788-1599

5  Attorneys for Plaintiffs

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 PATRICIA BARNES, Individually and as Successor-in-    )  ASBESTOS
   Interest to BENNIE BARNES, Decedent; RONALD          )
11 BARNES; KEVIN BARNES; ARIE BRYANT; AND               )  U.S.D.C. Case No.: CV08-04944(JCS)
   DOES ONE through TEN, inclusive,                     )
12                                                      )  [PROPOSED] ORDER
                                                        )  REMANDING THIS ACTION TO
13              Plaintiffs,                             )  SAN FRANCISCO SUPERIOR
                                                        )  COURT AND DISMISSING
14     vs.                                              )  FOSTER WHEELER LLC
                                                        )  WITHOUT PREJUDICE
15                                                      )
   AC AND S, INC., et al.                               )
16                                                      )
                                                        )
17              Defendants.                             )
                                                        )
18 ─────────────────────────────────────

19     Plaintiffs and removing defendant Foster Wheeler LLC, through their attorneys of record,

20 have stipulated that Plaintiffs will dismiss Foster Wheeler without prejudice from this action and

21 Foster Wheeler shall withdraw its Notice of Removal filed on October 29, 2008..

22     **IT IS SO ORDERED.**

23

24 DATED:  11/03   , 2008
                                                        _____
25                                                      Honorable Joseph C. Spero
                                                        U.S. District Court Magistrate Judge
26

27

28

2098/prop.order.remand                    1                              [PROPOSED] ORDER